# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> TROY LEE ABSHER <br> Date of Previous Judgment: October 16, 2001 <br> (Use Date of Last Amended Judgment if Applicable) | Case No: 5:00CR5-3 <br> USM No: 16166-058 <br> Tanzania Cannon-Eckerle <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34          Amended Offense Level: 34
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: 262 to 327 months    Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction as the defendant was not held accountable for cocaine base in this offense, only cocaine powder. Therefore, Amendment 706 does not apply. In addition, the defendant was sentenced pursuant to USSG §4B1.1, the guideline for career offenders, rather than the cocaine / cocaine base guideline.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated October 16, 2001, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 10, 2010

Effective Date: August 10, 2010
(if different from order date)

Richard L. Voorhees
United States District Judge